DONALD E. DORFMAN (SBN 063725)
ddorfman@nixonpeabody.com
ANDREW R. NEILSON (SBN 221694)
aneilson@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax:  (415) 984-8300

Attorneys for Plaintiff
ASPEN INSURANCE UK LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASPEN INSURANCE UK LIMITED,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILLARNEY CONSTRUCTION CO., INC., CULLINANE CONSTRUCTION, MID-MARKET DEVELOPMENT COMPANY, INC., AL NORMAN MECHANICAL, INC. and DOES 1 through 50,<br><br>    Defendants. | Case No.:  11-CV-01294-EDL<br><br>[PROPOSED] **ORDER FOR PUBLICATION OF SUMMONS**<br><br>Magistrate Judge Elizabeth D. Laporte |

This Court has read and considered the application of plaintiff Aspen Insurance UK Limited ("ASPEN") for an order directing service of the summons on defendant Killarney Construction Co., Inc. ("KILLARNEY") by publication, and the evidence presented in support of the application, and it appears to the satisfaction of the court that defendant KILLARNEY cannot be served with reasonable diligence in any other manner set forth in FRCP Rule 4(e)(1) and 4(H)1(A) and California Code of Civil Procedure sections 415.10 through 415.30.  The Court also finds that plaintiff has stated facts sufficient to constitute a cause of action against defendant KILLARNEY.

/ / /

/ / /

1   THEREFORE, IT IS ORDERED that:

2   Service of the summons in this action on defendant KILLARNEY shall be accomplished by
3   publication in the Records, a newspaper published in the State of California, and designated as the
4   newspaper most likely to give actual notice to the defendant.

5   The publication shall be made once a week for four weeks.

6   If defendant's address is ascertained prior to the expiration of the time prescribed for
7   publication of the summons, a copy of the summons and complaint and the order for publication shall
8   immediately be mailed to defendant.

9   This order does not preclude service upon defendant KILLARNEY in any other manner
10  specified in FRCP Rule 4(e)(1) and 4(H)1(A) and the California Code of Civil Procedure sections
11  415.10 through 415.30, which service supersedes the service by publication.

13  Date: __06/14/2011__      _____
              ELIZABETH D. LAPORTE
              United States Magistrate Judge

