HARRY A. GRIFFITH, ESQ. [SB NO. 114883]
MICHELE O. BLAIS, ESQ. [SB NO. 157132]
BRANSON, BRINKOP, GRIFFITH & STRONG, LLP
643 Bair Island Road, Suite 400
Redwood City, CA 94063
Telephone: (650) 365-7710

Attorneys for Intervenor, AXIS SPECIALTY INSURANCE CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEN INSURANCE UK LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>KILLARNEY CONSTRUCTION CO., INC., CULLINANE CONSTRUCTION, MID-MARKET DEVELOPMENT COMPANY, INC., AL NORMAN MECHANICAL, INC. and DOES 1 through 50,<br><br>Defendants.<br><br>AXIS SPECIALTY INSURANCE CO.,<br><br>Intervenor,<br><br>v.<br><br>KILLARNEY CONSTRUCTION CO., INC., CULLINANE CONSTRUCTION, MID-MARKET DEVELOPMENT COMPANY, INC., AL NORMAN MECHANICAL, INC. and ROES 1 through 10,<br><br>Defendants. | Case No: 3:2011-CV-01294<br><br>[PROPOSED] ORDER GRANTING INTERVENTION OF AXIS SPECIALTY INSURANCE CO<br><br>Magistrate Judge Elizabeth D. Laporte<br>Courtroom F – 15th Floor |

1

[PROPOSED] ORDER GRANTING INTERVENTION OF AXIS SPECIALTY INSURANCE CO

Upon stipulation of Plaintiff, ASPEN INSURANCE UK LIMITED, and the putative Intervenor, AXIS SPECIALTY INSURANCE CO., and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

AXIS SPECIALTY INSURANCE CO. shall be allowed to intervene in this case and file its Complaint-In-Intervention.

Dated: August 22, 2011

By: _Elijah D. Laporte_
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

[PROPOSED] ORDER GRANTING INTERVENTION OF AXIS SPECIALTY INSURANCE CO